AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of MASSACHUSETTS

DIRECTV, Inc.

V.

Joshua D. Benoit

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-30284-MAP

TO: (Name and address of Defendant)

Joshua D. Benoit
49 Ashley Street
Pittsfield, MA 01201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin (BBO: 556328)
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE November 26, 2003

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE



**Berkshire County Sheriff's Office • Judicial Process Division**
467 Cheshire Rd. • Pittsfield, MA 01201 • (413) 443-6841

2/25/2004

I hereby certify and return that on 2/23/2004 at 10:30 AM I served a true and attested copy of the Summons & Complaint, Civil Cover Sheet, Case Cover Sheet, Corporate Disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of Joshua D. Benoit, at 49 Ashley Street, Pittsfield, MA 01201 and by mailing 1st class to the above address on 2/23/2004. Conveyance ($1.50), L&U Mailing ($3.00), Service Fee ($20.00), Travel ($22.70), Attestation x 2 ($10.00) Total Charges $57.20

Deputy Sheriff, Antonio J. Marcella

Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
           Date                       Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.