UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Western Division)

| | |
|---|---|
| DIRECTV, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Joshua D. Benoit<br><br>Defendant | CIVIL ACTION NO. 03-30284-MAP<br><br>AFFIDAVIT OF JOHN M. MCLAUGHLIN IN SUPPORT OF PLAINTIFF'S ASSENTED TO MOTION TO EXTEND FOR RESPONSIVE PLEADING |

Now comes the Affiant, and makes this his sworn statement, under the pains and penalties of perjury, of his own personal knowledge:

1. The undersigned, John M. McLaughlin, represents the Plaintiff in the above-entitled action;

2. I am a member of the Law Firm of McLaughlin Sacks, LLC;

3. I am presently in negotiations with the Defendant's Counsel;

4. An additional 60 days may allow the parties to resolve this matter;

5. This extension would save the parties considerable attorneys fees;

6. I spoke to the Defendant's Attorney and the Defendant fully assents to this motion.

Subscribed and sworn to, under the pains and penalties of perjury, this 27 day of August 2004.

John M. McLaughlin
McLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page 1