```
                  UNITED STATES DISTRICT COURT
                   DISTRICT  OF  MASSACHUSETTS
```

DIRECT TV, INC

    V.                                            CA NO:03-30284-MAP

JOSHUA BENOIT

<u>ORDER</u>

February 16, 2005

      On November 26, 2003 a complaint was filed in the above captioned case. As of this date, no answer has been filed on behalf of the defendants, even considering a 90 day extension was granted for a responsive pleading to be filed by September 30, 2004. Therefore, Counsel for the Plaintiff is hereby ordered to file a status report as to his intent to proceed with this action on or before March 9, 2005

      Failure to comply with this order shall result in dismissal of this case for failure to prosecute.

                                          MICHAEL A. PONSOR
                                          U.S. DISTRICT JUDGE


                              BY  /s/Elizabeth A. French
                                    Elizabeth A. French
                                    Deputy Clerk