UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIRECT TV, INC

V.                           CIVIL ACTION NO:  03-30284-MAP

JOSHUA BENOIT

ORDER

MARCH 11, 2005

PONSOR, D.J.

    Pursuant to the Order entered by the Court on February 16, 2005 and failure to comply, it is hereby ordered that the above-captioned case be dismissed.

    It is so ordered.

MICHAEL A. PONSOR
U.S. DISTRICT JUDGE